UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TEXAS DATA CO., LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION,<br><br>    Defendant. | Case No. 2:10-cv-00343<br><br>JURY TRIAL DEMANDED |

### **STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff, Texas Data Co., LLC, and Defendant, CVS Caremark Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to a dismissal of all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

Dated:  May 20, 2011.

                Respectfully submitted,

                */s/ Scott E. Stevens*
                Scott E. Stevens
                Texas State Bar No. 00792024
                Gregory P. Love
                Texas State Bar No. 24013060
                Kyle J. Nelson
                Texas State Bar No. 24056031
                Stevens Love
                P.O. Box 3427
                Longview, Texas 75606
                Telephone: 903-753-6760
                Facsimile: 903-753-6761
                scott@stevenslove.com
                greg@stevenslove.com
                kyle@stevenslove.com

                **ATTORNEYS FOR PLAINTIFF**
                **TEXAS DATA CO., LLC**

**Stipulated to:**

*/s/ J. Mitchell Smith*
Lawrence Germer
llgermer@germer.com
J. Mitchell Smith
jmsmith@germer.com
Germer Gertz, L.L.P.
550 Fannin, Suite 400
P. O. Box 4915
Beaumont, Texas 77704
Phone: 409-654-6700
Fax: 409-835-2115

Paul H. Berghoff
bergoff@mbhb.com
Paula S. Fritsch
fritsch@mbhb.com
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Dr., Suite 3100
Chicago, IL 60606
Phone: 312-913-0001
Fax: 312-913-0002

**ATTORNEYS FOR DEFENDANT
CVS CAREMARK CORPORATION**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 20th day of May, 2011.

*/s/ J. Mitchell Smith*
J. Mitchell Smith